(January 26, 1987)

In the Matter of KEITH McDERMOTT, Appellant, v THOMAS A. COUGHLIN, III, as Commissioner of Corrections, et al., Respondents.—Motion for permission to proceed as a poor person on appeal treated as an application, pursuant to CPLR 5704 (a), to review an order of Supreme Court at Special Term which, in effect, denied petitioner's application for an order to show cause to commence a proceeding against respondents pursuant to CPLR article 78. Application denied *(see, Matter of King v Gregorie,* 90 AD2d 922, *lv dismissed* 58 NY2d 822). Kane, J. P., Main, Casey, Weiss and Mikoll, JJ., concur.

(January 28, 1987)

ROXRUN ESTATES, INC., et al., Plaintiffs, v ROXBURY RUN VILLAGE ASSOCIATION, INC., et al., Defendants. (And One Other Action.)—Motion and cross motions held in abeyance until further order of Bankruptcy Court *(see, Cincinnatus Agway Coop. v Prince,* 103 AD2d 900). Mahoney, P. J., Kane, Main, Casey and Levine, JJ., concur.